IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
In re:                                                  : Chapter 11
                                                        :
AUTOBACS STRAUSS INC.,                                  : Case No. 09-10358 (CSS)
a Delaware corporation,                                 :
                                                        :
    Debtor.                                             : Re: Docket Nos. 815, 991, 1047
                                                        :
------------------------------------------------------- x

## NOTICE OF FILING OF DISCLOSURE STATEMENT WITH RESPECT TO SECOND AMENDED JOINT PLAN OF REORGANIZATION PROPOSED BY AUTOBACS STRAUSS INC. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE THAT** on January 25, 2010, the *Disclosure Statement with Respect to Joint Plan of Reorganization Proposed by Autobacs Strauss Inc. and the Official Committee of Unsecured Creditors* (Docket No. 815) (the "Original Disclosure Statement") was filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT** on March 23, 2010, the proposed *Disclosure Statement with Respect to Amended Joint Plan of Reorganization Proposed by Autobacs Strauss Inc. and the Official Committee of Unsecured Creditors* (Docket No. 991) was filed with the Bankruptcy Court; and on March 24, 2010, Appendix D (the proposed Langberg employment agreement) and Appendix E (the proposed Catalano employment agreement) to the Disclosure Statement were filed with the Bankruptcy Court (collectively, the "March 23 Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT** on April 13, 2010, the proposed *Disclosure Statement with Respect to Amended Joint Plan of Reorganization Proposed by*

*Autobacs Strauss Inc. and the Official Committee of Unsecured Creditors* (Docket No. 1047) (the "April 13 Disclosure Statement") was filed with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** on June 11, 2010, the *Disclosure Statement with Respect to Second Amended Joint Plan of Reorganization Proposed by Autobacs Strauss Inc. and the Official Committee of Unsecured Creditors* (the "Amended Disclosure Statement") was filed with the Bankruptcy Court. A copy of the Amended Disclosure Statement is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE THAT** a blackline comparison of the Amended Disclosure Statement relative to the April 13 Disclosure Statement is attached hereto as Exhibit B.

Dated: Wilmington, Delaware
June 11, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Jaime N. Luton*
M. Blake Cleary (No. 3614)
David R. Hurst (No. 3743)
Jaime N. Luton (No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

*Counsel for Debtor and Debtor in Possession*