## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re: :
: Chapter 11
AUTOBACS STRAUSS INC., :
a Delaware corporation, : Case No. 09-10358 (CSS)
:
Debtor. : Hearing Date: July 13, 2010 at 1:00 p.m. (ET)
: Objection Deadline: July 9, 2010 at 4:00 p.m. (ET)
------------------------------------------------------------ x

### NOTICE OF PROPOSED HEARING AND OBJECTION DATES REGARDING DISCLOSURE STATEMENT WITH RESPECT TO SECOND AMENDED JOINT PLAN OF REORGANIZATION PROPOSED BY AUTOBACS STRAUSS INC. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE THAT** on June 11, 2010, Autobacs Strauss Inc. (the "Debtor") filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") the *Second Amended Joint Plan of Reorganization Proposed by Autobacs Strauss Inc. and the Official Committee of Unsecured Creditors* [Docket No. 1168] (the "Plan") and the accompanying *Disclosure Statement with Respect to Second Amended Joint Plan of Reorganization Proposed by Autobacs Strauss Inc. and the Official Committee of Unsecured Creditors* [Docket No. 1169] (the "Disclosure Statement"). The Debtor intends to present the Disclosure Statement, and any changes or modifications thereto, for approval at a hearing before the Honorable Christopher S. Sontchi on **July 13, 2010 at 1:00 p.m., prevailing Eastern Time**, to be convened at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 (the "Disclosure Statement Hearing"). The Disclosure Statement may be amended at any time prior to or at the Disclosure Statement Hearing, and the Disclosure Statement Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned date(s) at the Disclosure Statement Hearing or any continued hearing(s), or in the agenda filed with respect to the scheduled Disclosure Statement Hearing. **THIS IS NOT A SOLICITATION OF VOTES TO ACCEPT OR REJECT THE PLAN. VOTES ON THE PLAN MAY NOT BE SOLICITED UNTIL THE DISCLOSURE STATEMENT IS APPROVED BY ORDER OF THE BANKRUPTCY COURT.**

**PLEASE TAKE FURTHER NOTICE THAT** objections, if any, to approval of the Disclosure Statement must be in writing and must: (a) state the name and address of the objector or entity proposing a modification to the Disclosure Statement and the amount of its claim or nature of its interest in the Debtor's chapter 11 case; (b) specify the basis and nature of any objection and set forth the proposed modification to the Disclosure Statement, together with suggested language; and (c) be filed with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 together with proof of service, and served so as to be **RECEIVED** on or before **4:00 p.m., prevailing Eastern Time, on July 9, 2010 (the "Objection Deadline")** by: (i) the Debtor – Autobacs Strauss Inc., 9A Brick Plant Road, South River, New Jersey 08882, Attn: Glenn R. Langberg; (ii) Counsel for the Debtor – Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, Attn: M. Blake Cleary, Esq.; (iii) Counsel for the Committee – Kane Russell Coleman & Logan PC, 1601 Elm Street, Suite 3700, Dallas, Texas 75201, Attn: Joseph M. Coleman, Esq.; and (iv) the Office of the United States Trustee, 844 N. King Street, Room 2207, Lock Box 35, Wilmington, Delaware 19801, Attn: David L. Buchbinder, Esq. WITH RESPECT TO ANY OBJECTION TO THE DISCLOSURE STATEMENT NOT FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE DISCLOSURE STATEMENT AND MAY NOT BE PERMITTED TO BE HEARD AT THE DISCLOSURE STATEMENT HEARING.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan and Disclosure Statement may be obtained by parties in interest at the Debtor's expense upon written request (including by email or facsimile) to Young Conaway Stargatt & Taylor, LLP, 1000 West Street, 17th Floor, Wilmington, Delaware 19801, Attn: Troy Bollman, by email to tbollman@ycst.com, or by facsimile to (302) 576–3752. In addition, copies of the Disclosure Statement and the Plan may be found on the website of the Debtor's claims agent, Epiq Bankruptcy Solutions, LLC, http://chapter11.epiqsystems.com/asi, and are on file with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE NOTICE FURTHER THAT**, upon approval of the Disclosure Statement by the Bankruptcy Court, holders of claims against the Debtor who are entitled to vote on the Plan will receive a copy of the Disclosure Statement, the Plan and various documents related thereto, unless otherwise ordered by the Bankruptcy Court

Dated: Wilmington, Delaware
June 18, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
M. Blake Cleary (No. 3614)
David R. Hurst (No. 3743)
Jaime N. Luton (No. 4936)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600

*Counsel for the Debtor and Debtor in Possession*